DOWNING v. HARMON.[1]

1. CORRECTION OF ERROR. The Supreme Court will not review a ruling granting a default before a notice to set the same aside has been made in and overruled by the court below: following *Pigman* v. *Denny*, 12 Iowa, 396, and *McKinley* v. *Bechtel*, 11 Iowa, 561.

[1] The court determined two causes having this title, in this opinion.

*Appeal from the Bremer District Court.*

FRIDAY, OCTOBER 10.

*John E. Burke* for appellants.

*Wright & Avery* for appellees.

WRIGHT, J. — These actions were commenced in June, 1861. Defendant appeals, and assigns for error that judgment in each case was entered by default, when the court had no jurisdiction, the return of the officer failing to show due service. The construction given to § 3545, and the reasoning used in the cases of *Pigman* v. *Denny*, 12 Iowa, 396, and *McKinley* v. *Bechtel*, 11 Id., 561, compel us to affirm these cases. Appellants' remedy, if any, is by motion in the District Court, and not by appeal, in the first instance, to this.

Affirmed.